UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER FOR AMTRUST BANK, | ) ) ) ) | CASE NO. 1:12-CV-01946-JEB |
| Plaintiff, | ) ) | JUDGE: JAMES E. BOASBERG |
| vs. | ) ) | |
| US TITLES, INC., et al., | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | ) ) | |

The parties hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to DISMISS WITH PREJUDICE this action in its entirety, with each party to that bear their own attorneys' fees, costs, and expenses.

Respectfully submitted,

/s/ Eric Weinstein
Eric Weinstein (Bar No. NY0158)
ELLENOFF GROSSMAN & SCHOLE LLP
1345 Avenue of the Americas
New York, New York 10105
Tel:  (212) 370-1300
Email:  eweinstein@egsllp.com

Dana J. Clausen (CA #223212)
*Admitted Pro Hac Vice*
Mortgage Recovery Law Group
700 North Brand Boulevard
Suite 830
Glendale, California 91203
*Attorneys for Plaintiff*

2

/s/ Louise M. Mazur
Clair E. Dickinson (OH #0018198)
*Admitted Pro Hac Vice*
cdickinson@brouse.com
Louise M. Mazur (OH #0006608)
*Admitted Pro Hac Vice*
lmazur@brouse.com
BROUSE McDOWELL
388 S. Main Street
Akron, OH  44311
(330) 535-5711 Phone
(330) 253-8601 Fax

Ira L. Oring, (D.C. #480088)
M. Elizabeth Nowinski, (D.C. #985128)
36 South Charles Street, Suite 2300
Baltimore, MD 21201
*Attorneys for Defendant*
*First American Title Insurance Company*


/s/ James M. Towarnicky
James M. Towarnicky (D.C. Bar #370931)
James M. Towarnicky, P.L.L.C.
3977 Chain Bridge Road, Suite 1
Fairfax, Virginia  22030
(703) 352-0022 Phone
(703) 352-1516 Fax
*Attorneys pro tem for Defendant*
*U S Titles, Inc.*

950722